UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24488-CV-WILLIAMS

MAYRA ELIZABETH ESPINOZA,

    Plaintiff,

v.

QPS MRA LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 31) ("***Report***") on the Parties' Joint Motion for Approval of the Parties' FLSA Settlement Agreement (DE 30) ("***Joint Motion***"). In the Report, Judge Goodman recommends that the Joint Motion be granted, and the Parties' Settlement Agreement be approved. (DE 31 at 3–4.) Specifically, Judge Goodman finds that "the settlement reached by the parties represents a reasonable compromise by both sides" and "is [a] fair and reasonable" resolution of a bona fide dispute. (*Id.* at 3.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Joint Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 31) is **AFFIRMED AND ADOPTED**.
2. The Parties' Joint Motion for Approval of the Parties' FLSA Settlement Agreement (DE 30) is **GRANTED**.
3. The Parties' Settlement Agreement is **APPROVED**.

    4.       Plaintiff's claim against Defendants is **DISMISSED WITH PREJUDICE**.

    5.       This case is **CLOSED**. All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>13th</u> day of February, 2025.

KATHLEEN M. WILLIAMS  
UNITED STATES DISTRICT JUDGE